# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-215-LDG-CWH |
| Plaintiff, | ORDER |
| v. | |
| OCTAVIO BERNAL-PONCE, | |
| Defendant. | |

## <u>ORDER</u>

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled on Thursday, May 26, 2016, at 11:00 a.m., be vacated and continued to <u>Monday, June 27, 2016</u> at the hour of <u>10:00 a.m.</u>.

DATED this 13 of May, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

3