RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Octavio Bernal-Ponce

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-215-LDG-CWH |
| Plaintiff, | MOTION TO AMEND OR CORRECT SENTENCE OR JUDGMENT PURSUANT TO RULE 35 |
| v. | |
| OCTAVIO BERNAL PONCE, | |
| Defendant. | |

Certification: This motion is timely filed.

The defendant, OCTAVIO BERNAL PONCE, by and through his attorney of record, Brian Pugh, Assistant Federal Public Defender, moves this Court to Amend or Correct Sentence or Judgment pursuant to Rule 35.

DATED this 11th day of July 2016.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ Brian Pugh*
                                    By: _____
                                        BRIAN PUGH
                                        Assistant Federal Public Defender

# POINTS AND AUTHORITIES

## I. PROCEDURAL BACKGROUND

On June 28, 2016, this Court sentenced Octavio Bernal Ponce (hereinafter "Mr. Bernal") to a 17-month term of imprisonment. ECF No. 30. At the time, Mr. Bernal neglected to request a recommendation from the Court regarding in which Bureau of Prisons ("BOP") facility in which he would serve his sentence.

## II. ARGUMENT

Rule 35 permits a court to correct an error in a sentence if the error resulted from an "arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a). Rule 35 allows the court 14 days to make such corrections. *Id*. It has been 13 days since Mr. Bernal's sentencing and five days since the entry of the Judgment. ECF No. 30.

Mr. Bernal respectfully requests that this Court amend the judgment to include a recommendation that he serve his sentence at a BOP facility in Southern California.

On July 11, 2016, the undersigned contacted counsel for the government regarding this motion. The government has no objection to this Court amending the judgment to include a recommendation that Mr. Bernal serve his sentence at a BOP facility in Southern California.

## III. CONCLUSION

Wherefore, Mr. Bernal requests that this Court amend the judgment to include a recommendation to the Bureau of Prisons that he serve his sentence at a BOP facility in Southern California.

DATED this 11th day of July 2016.

Respectfully submitted,

ORDER

IT IS SO ORDERED.
DATED this /2 day of August, 2016. By:

_____
Lloyd D. George
Sr. U.S. District Judge

RENE L. VALLADARES
Federal Public Defender
*/s/ Brian Pugh*

_____
BRIAN PUGH
Assistant Federal Public Defender

2